# United States Bankruptcy Court
# Central District of California

| | |
|---|---|
| In re:<br>Di Wu | CHAPTER NO.: 7 |
| | CASE NO.: 8:24−bk−12436−TA |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases (LBR Form 1015−2) [Information required by LBR 1015−2]
☑ Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 case. [LBR 2090−1 (LBR F2090−1.1) Court Manual, section 2.1]
☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002−1)
☑ Verification of Master Mailing List of Creditors [LBR 1007−1(a)] (LBR Form F1007−1)

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2.5(a)(2).

Chapter 7 Original only

**Please return the original or copy of this form with all required items to the following location:**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460−9641.

Dated: September 26, 2024

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form ccdn − Rev 02/2020)