Attachment A to Form 106 A/B

q. 19:

Wanjin LLC, 100% of ownership, $0

PGM LLC, debtor paid $450,000.00 for a 10% interest in ANBO, LLC. Before that transfer took place ANBO, LLC transfered its only asset to PGM, LLC. PGM, LLC promised to transfer a 12% interest to debtor. Value of 12% interest is unknown.

q. 30:

-Cynthia Song, 1560 N HIBISCUS AVE, AZUSA, CA 91702- amount own to Di Wu is $67,500.00