Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Douglas A. Crowder (SB # 140130)
Crowder Law Center, P.C.
303 N. Glenoaks Blvd., Suite 200
Burbank, CA 91502
Tel. 213-509-1515
Fax 877-772-7094
dcrowder@crowderlaw.com

☐ *Individual appearing without attorney*
☒ *Attorney for:* Movants

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

Di Wu

Debtor(s).

CASE NO.: 8:24-bk-12436-TA

CHAPTER: 7

# NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)

DATE: 05/13/2025
TIME: 11:00 am
COURTROOM: Crtrm 5B

**Movant**: Xiaoliang Liu and Chuwei Zhang

1. **Hearing Location**:
   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☒ 3420 Twelfth Street, Riverside, CA 92501
   ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) ___________ and (*time*) ___________; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: 4/16/25

Crowder Law Center, PC
Printed name of law firm (if applicable)

Douglas A. Crowder
Printed name of individual Movant or attorney for Movant

/s/ Douglas A. Crowder
Signature of individual Movant or attorney for Movant

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**
   a. ☒ Plaintiff
   b. ☐ Defendant
   c. ☐ Other (*specify):*

2. **The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:
   a. *Name of Nonbankruptcy Action*: XIIAOLIANG LIU, ET AL. VS BANK OF AMERICA, ET AL.
   b. *Docket number*: 22STCV30336
   c. *Nonbankruptcy forum where Nonbankruptcy Action is pending*:
   Los Angeles County Superior Court, Stanley Mosk Courthouse
   d. Causes of action or claims for relief (Claims):
   See ATTACHMENT 2D

3. **Bankruptcy Case History:**
   a. ☒ A voluntary ☐ An involuntary petition under chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on (*date*) 09/26/2024 .
   b. ☐ An order to convert this case to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*date*) ___________.
   c. ☐ A plan was confirmed on (*date*) ___________.

4. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:
   a. ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.
   b. ☒ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   c. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   d. ☒ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.
   e. ☒ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

f. ☐ The bankruptcy case was filed in bad faith.

(1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

(2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

(3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

(4) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

g. ☒ Other (*specify*):
See ATTACHMENT 2D

5. **Grounds for Annulment of Stay.** Movant took postpetition actions against the Debtor.

a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

c. ☐ Other (*specify*):

6. **Evidence in Support of Motion: (*Important Note: declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)**

a. ☒ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

b. ☐ Supplemental declaration(s).

c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents. Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☒ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☒ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☒ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☐ Other relief requested.

Date: 4/16/25

Crowder Law Center, PC
Printed name of law firm (*if applicable)*

Douglas A. Crowder
Printed name of individual Movant or attorney for Movant

/s/ Douglas A. Crowder
Signature of individual Movant or attorney for Movant

## DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (*name of Declarant*) Raffi Kassabian, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

   ☐ I am the Movant.
   ☒ I am Movant's attorney of record in the Nonbankruptcy Action.
   ☐ I am employed by Movant as (*title and capacity*):
   ☐ Other (*specify*):

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Nonbankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3. In the Nonbankruptcy Action, Movant is:

   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (*specify):*

4. The Nonbankruptcy Action is pending as:

   a. *Name of Nonbankruptcy Action*: XIIAOLIANG LIU, ET AL. VS BANK OF AMERICA, ET AL.
   b. *Docket number*: 22STCV30336
   c. *Nonbankruptcy court or agency where Nonbankruptcy Action is pending*:
   Los Angeles County Superior Court, Stanley Mosk Courthouse

5. **Procedural Status of Nonbankruptcy Action**:

   a. The Claims are:
   See ATTACHMENT 2D
   See ATTACHMENT 5B

   b. True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit _____.

   c. The Nonbankruptcy Action was filed on (*date*) 09/16/2022.

   d. Trial or hearing began/is scheduled to begin on (*date*) 09/09/2025.

   e. The trial or hearing is estimated to require 5 days (*specify*).

   f. Other plaintiffs in the Nonbankruptcy Action are (*specify*):
   n/a

g. Other defendants in the Nonbankruptcy Action are (*specify*):
See ATTACHMENT 2D

6. **Grounds for relief from stay:**

a. ☒ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

b. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

c. ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate. The insurance carrier and policy number are (*specify*):

d. ☒ The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.

(1) ☒ It is currently set for trial on (*date*) 09/09/2025.

(2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) ___________. The basis for this belief is (*specify*):

(3) ☒ The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

e. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.

(1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

(2) ☐ The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):

(3) ☐ Multiple bankruptcy cases affecting the Property include:

(A) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(B) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(C) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f. ☐ See attached continuation page for other facts justifying relief from stay.

7. ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit ____

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 16, 2025 | Raffi Kassabian | [signature] |
| *Date* | *Printed name* | *Signature* |

**ATTACHMENT 2D**

SUMMARY OF LAWSUITS

A lawsuit captioned XIIAOLIANG LIU, ET AL. VS BANK OF AMERICA, Case Number 22STCV30336, has been pending before the Los Angeles County Superior Court since 09/16/2022.

In that action, Plaintiffs contend that the Defendants, including Debtor, acted in concert to cause Plaintiffs to lose over $1 million in an identity theft /"account takeover" scheme, and over $300,000 through a currency exchange fraud scheme. Defendants deny the allegations, and Defendant / Debtor Wu has a cross-complaint against Plaintiffs

There is also pending before this court an Adversary Proceeding, Adv. No. 8:25−ap−01002−TA, under which Plaintiffs contend that Debtor's debt is non-dischargeable.

Plaintiffs in the Superior Court lawsuit are the same Plaintiffs as in the Adversary Proceeding. The Defendant / Debtor in the Adversary Proceeding is one of at least 6 defendants in the Superior Court lawsuit. The factual allegations and the legal theory regarding Fraud are virtually the same in the two pending actions.

PLAINTIFFS' CAUSES OF ACTION AGAINST DEFENDANTS

1. BREACH OF CONTRACT;
2. NEGLIGENT HIRING/SUPERVISION;
3. CONVERSION;
4. FRAUD;
5. NEGLIGENT MISREPRESENTATION;
6. BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING;
7. VIOLATION OF UCC ARTICLE 4A;
8. VIOLATION OF ELECTRONIC FUNDS TRANSFER ACT;
9. VIOLATION OF B&P §17200;
1O. NEGLIGENCE;
11. BREACH OF FIDUCIARY DUTY

ADDITIONAL DEFENDANTS

BANK OF AMERICA, N.A., a business entity, form unknown;
EAST WEST BANiC a business entity, form unknown;
JC PACIFIC CAPITAL, INC., a California corporation;
YANMING LU aka YOLANDA LU, an individual;
DOES 1 through 50, inclusive

DEBTOR'S CAUSES OF ACTION AGAINST CROSS-DEFENDANTS

(1) ASSAULT;
(2) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;
(3) EXTORTION;
(4) FALSE IMPRISONMENT;
(5) CANCELLATION OF WRITTEN INSTRUMENT;
(6) DECLARATORY RELIEF;
(7) INDEMNIFICATION;
(8) IMPLIED INDEMNIFICATION; and
(9) CONTRIBUTION

ADDITIONAL CROSS-DEFENDANTS

JINDIAN LI, individual; and ROES 1 through 20, inclusive.

SUPERIOR COURT CASE STATUS

The Superior Court action is currently set for the following proceedings:

1. 1.04/07/2025 at 08:30 AM in Department 39 at 111 North Hill Street, Los Angeles, CA 90012. Non-Appearance Case Review.
2. 08/29/2025 at 09:00 AM in Department 39 at 111 North Hill Street, Los Angeles, CA 90012. Final Status Conference
3. 09/09/2025 at 09:30 AM in Department 39 at 111 North Hill Street, Los Angeles, CA 90012. Jury Trial

Additionally, The Superior Court action is in advanced stages of discovery, with the following depositions tentatively scheduled.

| **Deponent** | **Date and location, confirmed or unconfirmed** | **Comments** |
|---|---|---|
| Nikolas Gratz, employee for Bank of America | Confirmed: April 17, 10 a.m. via Zoom. | |
| Hector Alvarez, former employee of Bank of America | Not yet subpoenaed. | Plaintiffs' counsel will issue subpoena. |
| Di Wu, defendant | Noticed by JC Capital and Yolanda Lu attorney Michael Allison for Apr. 29, 10:30 a.m., via Zoom. | Di Wu is in bankruptcy but Mr. Allison believes that the automatic stay does not apply because Di Wu filed a cross-complaint. |

| **Deponent** | **Date and location, confirmed or unconfirmed** | **Comments** |
|---|---|---|
| Xiaoliang Liu, plaintiff | Either May 1 or May 6 (dates discussed between B of A attorney M. Esposito and plaintiff's attorney Brennan). | Depo will be in person, at Severson & Werson downtown LA office by agreement of counsel. Mr. Esposito indicates he may try to take both plaintiffs' depositions in a single day, provided parties and counsel agree to stay late if needed. |
| Chuwei Zhang, plaintiff | Either May 1 or May 6 (dates discussed between B of A attorney M. Esposito and plaintiff's attorney Brennan). | See note above. Plaintiff has indicated that Liu is probably the most knowledgeable of the two plaintiffs and has suggested that the defense depose him first. |
| PMK, Bank of America | Not yet noticed, will likely be noticed by plaintiff's counsel but pending testimony of Gratz and possibly Alvarez. | |
| PMK, JC Capital | Not yet noticed. Bezdik-Kassab firm will notice when needed. | |
| Yolanda Lu | Not yet noticed. Bezdik-Kassab firm will notice when needed. | |

<u>JUDICIAL ECONOMY</u>

It would be in the interests of Judicial economy to grant Relief from Stay in this proceeding to allow the Superior Court proceeding to move forward to resolution, for the following reasons:

a) If Plaintiffs prevail in the Superior Court on the Fraud cause of action, then Plaintiffs would most likely be entitled to a judgment in the Adversary Proceeding based on Res Judicata.
b) Likewise, if Defendant prevails in the Superior Court on the Fraud cause of action, it is unlikely Plaintiffs would continue to pursue the Adversary Proceeding.

c) If the Superior Court action is resolved by a universal settlement, then this Adversary Proceeding would be moot.

SUPERIOR COURT PLEADINGS

The form of the motion asks for "True and correct copies of the documents filed in the Nonbankruptcy Action . . . "

However, the pleadings in the Superior Court action are very voluminous, with well over 100 documents filed.

To give this court a sample of the pleadings, the following are attached.

EXHIBIT A. The docket, downloaded from the court website, showing the documents filed and proceedings taken.

EXHIBIT B. Plaintiffs' 3rd Amended Complaint.

EXHIBIT C. Defendant Wu's Cross-Complaint.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
303 N. Glenoaks Blvd., Suite 200, Burbank, CA 91502

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___4/17/2025____________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Thomas H Casey (TR)** msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Christopher Cramer** secured@becket-lee.com
- **Douglas A Crowder** dcrowder@crowderlaw.com, paralegal@crowderlaw.com
- **Michael A DesJardins** md@desjardinslaw.com
- **Razmig Izakelian** razmigizakelian@quinnemanuel.com
- **Amitkumar Sharma** amit.sharma@aisinfo.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) __4/17/2025_____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Di Wu**
111 Fremont
Lake Forest, CA 92630

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/17/2025 | Douglas A. Crowder | /s/ Douglas A. Crowder |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |