| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Razmig Izakelian (Bar No. 292137)<br>Christopher D. Kercher (pro hac vice forthcoming)<br>Jianjian Ye (pro hac vice forthcoming)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br><br>☑ *Attorney for*: Lingjie Xu | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>DI WU<br><br>Debtor(s). | CASE NO.: 8:24-12436-TA<br>ADVERSARY NO. (*if applicable*): 8:24-ap-01166-TA<br>CHAPTER: 7 |
| LINGJIE XU<br><br>Plaintiff(s).<br>vs.<br>DI WU<br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Christopher D. Kercher, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*): Lingjie Xu,

   in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, NY 10016

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
New York State (5/23/2005), SDNY (8/16/2005), US Court of Appeals for the Second Circuit (5/25/2018), US Court of Appeals for the Eleventh Circuit (7/14/2022)

5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions: None

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| | | | | |

7. I ☐ have ☑ have not been disciplined by any court or administrative body. ☐ Disciplinary proceedings are pending; details are as follows:

I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served. The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

<u>Information about Local Counsel</u>:

Name and Bar Number: Razmig Izakelian, Bar No. 292137

Name and Address of law firm: Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Fl., Los Angeles, California 90017-2543

Telephone number: (213) 443-3000

Email Address: razmigizakelian@quinnemanuel.com

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/21/2025

Signature of applicant

Christopher D. Kercher
Printed name of applicant

**CONSENT OF LOCAL COUNSEL**

I consent to the foregoing designation.

Date: 04/21/2025

*/s/ Razmig Izakelian*
Signature of Local Counsel

Razmig Izakelian
Printed name of Local Counsel

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Razmig Izakelian, Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa St., 10th Fl., Los Angeles, California 90017-2543

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDINGS [LBR 2090-1(b); 9013-1(q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/21/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

md@desjardinslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/21/2025 | Razmig Izakelian | */s/ Razmig Izakelian* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# Transaction Details

## Bankruptcy Pro Hac Vice Application Fee

**Non-Resident Attorney's Name:** Christopher Kercher

**Firm Name:** Quinn Emanuel Urquhart & Sullivan, LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:**

8:24-12436-TA

**Party Name:** Lingjie Xu

**Tracking Number(s):** PHV-250418-000-0681

**Pay.gov Tracking ID:** 27NDHJ1H

**Transaction Date:** 04/18/2025

**Agency Name:** U.S. Distirct Court

**Account Holder Name:** Anthony J Staltari

**Account Number:** ************1007

**Amount:** 500.00

**Billing Address:** 51 Madison Ave 22nd Floor

**Billing Address 2:**

**City:** New York

**State/Province:** NY

**Zip/Postal:** 10010

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment, please contact the Fiscal department at fis_cac@cacd.uscourts.gov**